U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 29 PM 3: 19

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:24-cr-92-1 |
| ) | |
| STEPHEN LOEWE, ) | 18 U.S.C. § 2113(a) |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 13, 2024, in the District of Vermont, the defendant, STEPHEN LOEWE, by force, violence, and intimidation, took from the person of another money, namely $500, belonging to and in the care, custody, control, management, and possession of Claremont Savings Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

A TRUE BILL

███████
FOREPERSON

_[signature]_
NIKOLAS P. KEREST (CMS)
United States Attorney
Burlington, Vermont
August 29, 2024