U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 APR 18 AM 11: 37

CLERK

BY _____UW_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

STEPHEN LOEWE,
      Defendant.

Docket No. 2:24-cr-00092 –1

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1

On or about August 13, 2024, in the District of Vermont, the defendant, STEPHEN LOEWE, by force, violence, and intimidation, took from the person of another money, namely $500, belonging to and in the care, custody, control, management, and possession of Claremont Savings Bank in Springfield, Vermont, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

## COUNT TWO

Between in or about December 2023 and in or about May 2024, in the District of Vermont, the defendant, STEPHEN LOEWE, transported, transferred, and disposed of firearms to another person in or otherwise affecting interstate commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of those firearms by the recipient would constitute a felony.

(18 U.S.C. § 933(a)(1))

*/s/ (CMS)*

MICHAEL P. DRESCHER (by CMS)
Acting United States Attorney
Burlington, Vermont
April 18, 2025